In Re: Herb Philipson's Army and Navy Stores, Inc.
  Bankruptcy Case No. 18-61376
  Adversary Proceeding No. 20-80022

# CERTIFICATE OF SERVICE

I, Katrina A. Gotthard, certify that I am, and at all time during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and complaint was made May 12, 2020, by:

X  Mail service, Certified, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Steven Rendle, CEO | VF Outdoor, Inc. |
| VF Outdoor Inc. | 13911 Collections Center Drive |
| 8505 E. Orchard Road | Chicago, IL 60693 |
| Greenwood Village, CO 80111 | |

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


___ Residence Service: By leaving the process with the following adult at:


___ Publication: The defendant was served as follows: (Describe briefly)


___ State Law: The defendant was served pursuant to the laws of the State of New York, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

May 12, 2020          /s/ Katrina A. Gotthard
                              Signature

Randy J. Schaal, Esq.
312 Broad Street
Oneida, NY 13421